694 A.2d 1099

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William DICKS, Petitioner.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 1997, the decision of the Superior Court is REVERSED and the matter REMANDED to the Superior Court so it may consider the issues raised in Petitioner's supplemental brief.